MIRIAM B. ROSENFIELD, Respondent-Appellant, *v.* EDWARD M. ROSENFIELD, Appellant-Respondent. CHARLES R. BARRETT, Respondent.

Argued January 11, 1956; decided February 9, 1956.

*Edward L. Blackman* and *Morton M. Bass* for plaintiff.

*Mitchell Salem Fisher, Mendel Zucker* and *Sol Deutsch* for defendant.

*Charles R. Barrett* respondent in person.

Judgments affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and BURKE, JJ. Taking no part: DYE and VAN VOORHIS, JJ.